UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Tavon M. Mays,

    Plaintiff,

v.

Ritbey Sitot, *et al.*,

    Defendant.

Case No. 2:22-cv-3035

Judge Michael H. Watson

Magistrate Judge Deavers

## OPINION AND ORDER

    Magistrate Judge Deavers performed an initial screen of this case pursuant to 28 U.S.C. § 1915(e)(2). She issued a Report and Recommendation ("R&R") recommending that the Court dismiss Plaintiff's Amended Complaint without prejudice. R&R, ECF No. 5. The R&R notified the parties of their right to object to the recommendation contained therein and advised the parties that a failure to timely object would result in a forfeiture of the right to de novo review by the Undersigned as well as of the right to appeal an adoption of the R&R. *Id.* at 6.

    Plaintiff failed to timely object to the R&R. Accordingly, the Court **ADOPTS** the same and **DISMISSES** Plaintiff's Amended Complaint without prejudice. The Clerk shall terminate this case.

    IT IS SO ORDERED.

                                            MICHAEL H. WATSON, JUDGE
                                            UNITED STATES DISTRICT COURT